FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2015 APR 14  PM 2: 56

MICHAEL AXEL,

    Plaintiff,

v.                                               Case No.: 8:15-CV-893-T-17TGW

FIELDS MOTORCARS OF
FLORIDA, INC.,

    Defendant.

_____/

### DEFENDANT'S NOTICE OF REMOVAL

COMES NOW the Defendant, Fields Motorcars of Florida, Inc. ("Defendant"), a Florida corporation, by and through its undersigned attorneys, pursuant to 28 U.S.C. Section 1441, and hereby removes this action from the Florida Circuit Court of the Tenth Judicial in and for Polk County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division, and in support of such removal states, as follows:

1. On February 26, 2015, the Plaintiff, Michael Axel ("Plaintiff"), commenced this civil action in the Florida Circuit Court, Tenth Judicial Circuit, in and for Polk County, Florida, where it is assigned Case Number 2015-CA-000717. In his Compliant, Plaintiff alleges that Defendant discriminated against him in violation of the Age Discrimination Act of 1967, as amended, 29 U.S. C. §§ 621—634 (the "ADEA"). Defendant was served with the Complaint on March 13, 2015.

#400
TPA689593

2. This Notice is timely filed within 30days of the date of service of the Complaint upon Defendant.

3. In accordance with the requirements set forth in 28 U.S.C. Section 1446(a) and Local Rule 4.02(b), copies of all process and pleadings served upon Defendant and on file in the Florida Circuit Court case as of the date of filing this notice of removal are collectively attached hereto as Exhibit A. No orders have yet been entered in the Florida Circuit Court case.

4. The events alleged by Plaintiff giving rise to these claims all allegedly occurred in Polk County, Florida (See Plaintiff's Complaint at Paragraph 5). Thus, venue properly lies in the Tampa Division of the United States District Court for the Middle District of Florida.

5. Pursuant to 28 U.S.C. Section 1446(d), written notice of the filing of this Notice shall be served on Plaintiff, the only adverse party in this action, and a copy of this Notice in the form attached hereto as Exhibit B shall be promptly filed with the Clerk of Court for the Tenth Judicial Circuit in and for Polk County, Florida immediately after this Notice is docketed by the District Court Clerk.

### Federal Question Jurisdiction

6. Plaintiff's Complaint presents a federal question of law pursuant to 28 U.S.C. Sections 1331 and 1441 (a) and (b), as Plaintiff alleges a violation of the ADEA.

7. Therefore, removal of this action to federal court is appropriate pursuant to 28 U.S.C. Section 1441.

WHEREFORE, on the basis of the foregoing, Defendant respectfully submits that removal of this action from the Florida Circuit Court, Tenth Judicial Circuit, in and for Polk County, Florida t this Honorable Court are both timely and proper.

DATED this 13th day of April, 2015.

Respectfully submitted,
/s/ *E.NANNETTE PICCOLO*
E.NANNETTE PICCOLO
Florida Bar No. 530311
nannette.piccolo@zurichna.com
Law Office of Peter Parzygnat
495 North Keller Road, Suite 220
Maitland, FL 32751
usz.slorl@zurichna.com
Telephone: 407-659-0700
Attorney for Defendant
