Filing # 24206192 E-Filed 02/25/2015 04:26:29 PM

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY, FLORIDA

MICHAEL AXEL,

    **Plaintiff,**

v.                     **Case No.**

**FIELDS MOTORCARS OF
FLORIDA, INC.,**

    **Defendant.**

_____/

*[handwritten: Rec 3-12-15 9:00A By R. Down 0151 DATE 3-13-15 TIME 9:45A]*

**SUMMONS**

THE STATE OF FLORIDA:
To Each Sheriff of the State:

**YOU ARE COMMANDED** to serve this summons and a copy of the complaint or petition in this action on defendant(s)

    **FIELDS MOTORCARS OF FLORIDA, INC**
    **c/o REGISTERED AGENT**
    **GREENBERG TRAURIG, P.A.**
    **450 So. Orange Ave., Suite 650**
    **Orlando, FL 32801**

*[handwritten form fields: DATE/TIME ___  INITIALS ___  ID# ___]*

Each defendant is required to serve written defenses to the complaint or petition on Plaintiff's attorney:

    **MIGUEL BOUZAS, ESQ.**
    **GREGORY A. OWENS, ESQ.**
    **BOUZAS OWENS, P.A.**
    **2154 Duck Slough Blvd.**
    **Suite 101**
    **Trinity, FL 34655**
    **Phone: (727) 254-5255**

within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED on    **02/26/2015**

                            STACY M. BUTTERFIELD
                            Clerk of the Court
                            By: _____
                            As Deputy Clerk

2015CA-000717-0000-00       **Received in Polk 02/25/2015 04:28 PM**

Filing # 24206192 E-Filed 02/25/2015 04:26:29 PM

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form shall be filed by the plaintiff or petitioner for the use of the Clerk of the Court for the purpose of reporting judicial workload data pursuant to Florida Statues section 25.075.

**I.    CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>TENTH</u>  JUDICIAL CIRCUIT,
IN AND FOR <u>POLK</u>  COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>Michael Axel</u>
Plaintiff
        vs.
<u>Fields Motorcars of Florida, Inc.</u>
Defendant

**II.    TYPE OF CASE**

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability – commercial
  - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☑ Commercial foreclosure $0 - $50,000
  - ☐ Commercial foreclosure $50,001 - $249,999
  - ☐ Commercial foreclosure $250,000 or more
  - ☐ Homestead residential foreclosure $0 – 50,000
  - ☐ Homestead residential foreclosure $50,001 - $249,999
  - ☐ Homestead residential foreclosure $250,000 or more
  - ☐ Non-homestead residential foreclosure $0 - $50,000
  - ☐ Non-homestead residential foreclosure $50,001 - $249,999
  - ☐ Non-homestead residential foreclosure $250,00 or more
  - ☐ Other real property actions $0 - $50,000

- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
  - ☐ Malpractice – business
  - ☐ Malpractice – medical
  - ☐ Malpractice – other professional
- ☒ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transaction
  - ☐ Circuit Civil - Not Applicable
  - ☐ Constitutional challenge-statute or ordinance
  - ☐ Constitutional challenge-proposed amendment
  - ☐ Corporate Trusts
  - ☒ Discrimination-employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation

2015CA-000717-0000-00       **Received in Polk 02/25/2015 04:28 PM**

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

III.   **REMEDIES SOUGHT** (check all that apply):
      ☒  Monetary;
      ☐  Non-monetary
      ☒  Non-monetary declaratory or injunctive relief;
      ☐  Punitive

IV.   **NUMBER OF CAUSES OF ACTION: (   )**
(Specify)

    1

V.   **IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐  Yes
    ☒  No

VI.   **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒  No
    ☐  Yes – If "yes" list all related cases by name, case number and court:

VII.   **IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒  Yes
    ☐  No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature s/ Miguel Bouzas     FL Bar No.: 0048943
   Attorney or party                                     (Bar number, if attorney)

Miguel Bouzas     02/25/2015
   (Type or print name)                                     Date

IN THE CIRCUIT COURT OF THE
TENTH JUDICIAL CIRCUIT IN AND
FOR POLK COUNTY, FLORIDA

CASE NO.:   2015-CA-000717

MICHAEL AXEL,

      Plaintiff,

v.

FIELDS MOTORCARS OF FLORIDA, INC..,

      Defendant.

_____/

### NOTICE OF FILING NOTICE OF REMOVAL

      Defendant FIELDS MOTORCARS OF FLORIDA, INC. ("Fields") files this Notice of Filing Notice of Removal to notify this Court and all parties that is has removed this action to the U.S. District Court for the Middle District of Florida.  A copy of the Notice of Removal being filed in federal court is attached hereto as Exhibit A.

### CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via the Florida Courts E-Filing Portal on April 13, 2015 to:  **Miguel Bouzas, Esq.,** Bouzas Owens, P.A., 1041 US Hwy 19, Holiday, FL 34691 Miguel@bouzasowens.com (Attorney for Plaintiff).

                            */s/ E.NANNETTE PICCOLO*_____
                            E.NANNETTE PICCOLO
                            Florida Bar No. 530311
                            nannette.piccolo@zurichna.com
                            Law Office of Peter Parzygnat
                            495 North Keller Road, Suite 220
                            Maitland, FL 32751
                            usz.slorl@zurichna.com
                            Telephone: 407-659-0700
                            Attorney for Defendant