UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL AXEL,

    Plaintiff,

v.                                                                    CASE NO.: 8:15-CV-00893-EAK-JSS

FIELDS MOTORCARS OF FLORIDA, INC.,

    Defendant.

## DEFENDANT'S PROPOSED STATEMENT OF THE NATURE OF THE ACTION

Defendant, Fields Motorcars of Florida, Inc. ("Fields" or "Defendant"), submits its proposed Statement of the Nature of the Action in accordance with the Court's May 26, 2015 Case Management and Scheduling Order (Doc. 10), the Court's January 11, 2017 Pretrial Order (Doc. 52), the Court's Trial Calendar (Doc. 50), and the Court's Notice of Rescheduling Trial (Doc. 56).

DATED this 6th day of February 2016.

[SIGNATURES APPEAR ON NEXT PAGE]

Respectfully submitted,

/s/ David M. Kalteux
John E. Duvall, Esquire
Florida Bar Number 0503932
jduvall@fordharrison.com

FORD**HARRISON**LLP
225 Water Street, Suite 710
Jacksonville, Florida  32203
T (904) 357-2000 | F (904) 357-2001

Ashwin R. Trehan, Esquire
Florida Bar Number 0042675
atrehan@fordharrison.com
David M. Kalteux
Florida Bar Number 0118746
dkalteux@fordharrison.com

FORD**HARRISON**LLP
101 East Kennedy Boulevard, Suite 900
Tampa, Florida 33602
T (813) 261-7800 | F (813) 261-7899

Attorneys for Defendant, Fields Motorcars of Florida, Inc.

## **STATEMENT OF THE NATURE OF THE ACTION**

This is a civil case. To help you follow the evidence, I'll summarize the parties' positions. The Plaintiff, Michael Axel, claims that Defendant, Fields Motorcars of Florida, Inc. (hereinafter, "Fields"), discriminated against him and terminated his employment because of his age or handicap status. Fields denies that it terminated Plaintiff's employment because of his age or handicap status. Specifically, Fields contends that it terminated Plaintiff's employment because it discovered that Plaintiff had falsified documentation that misrepresented him as a general manager of Fields and identified his son—who was not a Fields employee—as a representative authorized to buy and sell automobiles on behalf of Fields.

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 6th day of February 2017, the foregoing Defendant's Proposed Statement of the Nature of the Action was electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a notice of electronic filing to the attorneys of record for Plaintiff, Gregory A. Owens, Esquire and Miguel Bouzas, Esquire, BOUZAS OWENS, P.A., 2154 Duck Slough Boulevard, Suite 101, Trinity, Florida  34655, via email at greg@bouzasowens.com and miguel@bouzasowens.com.

                                          /s/ David M. Kalteux
                                          Attorney

WSACTIVELLP:8972700.1