UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MICHAEL AXEL, <br><br> Plaintiff, <br><br> v. <br><br> FIELDS MOTORCARS OF FLORIDA, INC., <br><br> Defendant. | CASE NO.: 8:15-CV-00893-EAK-JSS |

# STIPULATION OF THE PARTIES

Please take notice that Plaintiff, Michael Axel ("Plaintiff"), and Defendant, Fields Motorcars of Florida, Inc. ("Fields" or "Defendant"), have agreed on the following stipulations to use for trial in accordance with the Court's May 26, 2015 Case Management and Scheduling Order (Doc. 10) and pursuant to Local Rule 4.15(a).

### I.   Stipulations of Fact and Law

For the purposes of trial, Plaintiff and Defendant stipulate to the following:

1. With respect to Scott Axel's involvement with Fields in 2013 and 2014: Fields permitted Scott Axel to shadow his father to learn the auto wholesaler business. Both parties agree not to introduce evidence or make reference to: (1) Scott Axel's separate lawsuit currently pending against Fields; and (2) Scott Axel's compensation structure while during this time period, including how much he made or should have made.

2. With respect to the affidavits of John Mantione and Gary Gordon, the Parties agree to only use them for impeachment and not submit them into evidence or use them for any other substantive reason.

3. With respect to Plaintiff's age discrimination claim for disparate treatment under the Age Discrimination in Employment Act of 1967 ("ADEA") and the Florida Civil Rights Act, Chapter 760, Part I, Florida Statutes ("FCRA"), the Parties agree that: (1) Michael Axel was Fields' Employee; (2) Michael Axel was at least 40 years old at the time of the termination of his employment; and (3) Fields terminated his employment. Therefore, the parties agree that Plaintiff has met the first three elements of his age claim.

4. With respect to Plaintiff's handicap discrimination claim for disparate treatment under the FCRA, the Parties agree that: (1) Michael Axel was Fields' Employee; (2) Michael Axel has a handicap; and (3) Fields terminated his employment. Therefore, the parties agree that Plaintiff has met the first three elements of his handicap claim.

DATED this 6th day of February 2017.

**[SIGNATURES APPEAR ON NEXT PAGE]**

Respectfully submitted,

| | |
|---|---|
| /s/ Gregory A. Owens | /s/ David M. Kalteux |
| Gregory A. Owens, Esquire | John E. Duvall, Esquire |
| Florida Bar Number 51366 | Florida Bar Number 0503932 |
| greg@bouzasowens.com | jduvall@fordharrison.com |
| | FORDHARRISONLLP |
| Miguel Bouzas, Esquire | 225 Water Street, Suite 710 |
| Florida Bar Number 48943 | Jacksonville, Florida  32203 |
| miguel@bouzasowens.com | T (904) 357-2000 | F (904) 357-2001 |
| BOUZAS OWENS, P.A. | Ashwin R. Trehan, Esquire |
| 2154 Duck Slough Boulevard, Suite 101 | Florida Bar Number 0042675 |
| Trinity, Florida  34655 | atrehan@fordharrison.com |
| T 727-254-5255 | F 727-483-7942 | David M. Kalteux, Esquire |
| Attorneys for Plaintiff, Michael Axel | Florida Bar Number 118746 |
| | dkalteux@fordharrison.com |
| | FORDHARRISONLLP |
| | 101 East Kennedy Boulevard, Suite 900 |
| | Tampa, Florida 33602 |
| | T (813) 261-7800 | F (813) 261-7899 |
| | Attorneys for Defendant, Fields Motorcars of Florida, Inc. |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of February 2017, the foregoing Stipulation of the Parties was electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a notice of electronic filing to the attorneys of record for Plaintiff, Gregory A. Owens, Esquire and Miguel Bouzas, Esquire, BOUZAS OWENS, P.A., 2154 Duck Slough Boulevard, Suite 101, Trinity, Florida  34655, via email at greg@bouzasowens.com and miguel@bouzasowens.com.

/s/ David M. Kalteux
Attorney

WSACTIVELLP:8972765.1