AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

MICHAEL AXEL )
*Plaintiff* )
v. ) Civil Action No. 8:15-cv-00893-EAK-JSS
FIELDS MOTORCARS OF FLORIDA, INC. )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* MICHAEL AXEL recover from the defendant *(name)* FIELDS MOTORCARS OF FLORIDA, INC. the amount of One million three hundred eighty thousand dollars ($ 1,380,000.00), which includes prejudgment interest at the rate of TBD %, plus post judgment interest at the rate of TBD % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other:

This action was *(check one)*:

☑ tried by a jury with Judge Elizabeth A. Kovachevich presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*