**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**MICHAEL AXEL,**

      **Plaintiff,**

      **v.**

**FIELDS MOTORCARS OF FLORIDA, INC.,**

      **Defendant.**

**CASE NO.:  8:15-CV-000893-EAK-JSS**

## DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given that the Defendant, Fields Motorcars of Florida, Inc., hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order entered in this action on June 21, 2017 (D.E. 147), denying Defendant's Post-Trial Motion for Judgment as a Matter of Law (D.E. 113) and Defendant's Post-Trial Motion for New Trial or Remittitur (D.E. 114), and partially granting Plaintiff Michael Axel's Motion for Front Pay, Prejudgment Interest, and Post-Judgment Interest (D.E. 116).

DATED this 21st day of July, 2017.

Respectfully submitted,

/s/Ashwin R. Trehan
John E. Duvall, Esquire
Florida Bar Number 503932
jduvall@fordharrison.com

FORD**HARRISON**LLP
225 Water Street, Suite 710
Jacksonville, Florida  32203
T (904) 357-2000 | F (904) 357-2001

Ashwin R. Trehan, Esquire
Florida Bar Number 0042675
atrehan@fordharrison.com

David M. Kalteux, Esquire
Florida Bar Number 118746
dkalteux@fordharrison.com

FORD**HARRISON**<sup>LLP</sup>
101 East Kennedy Boulevard, Suite 900
Tampa, Florida  32203
T (813) 261-7800 | F (813) 261-7899

Attorneys for Defendant, Fields Motorcars Of
Florida, Inc., a Florida corporation.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of July, 2017, I electronically filed the foregoing

through the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/Ashwin R. Trehan
Attorney

WSACTIVELLP:9269329.1

2