UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL AXEL,

    Plaintiff,

v.     CASE NO.:  8:15-CV-000893-EAK-JSS

FIELDS MOTORCARS OF FLORIDA, INC.,

    Defendant.

# DEFENDANT'S NOTICE OF APPEAL

Defendant, Fields Motorcars of Florida, Inc., appeals to the United States Court of Appeals for the Eleventh Circuit from the Order entered in this action on July 19, 2017 (D.E. 151) denying Defendant's Motion to Stay Execution of Order Granting Reinstatement (D.E. 149).

DATED this 18th day of August, 2017.

Respectfully submitted,

/s/Ashwin R. Trehan
John E. Duvall, Esquire
Florida Bar Number 503932
jduvall@fordharrison.com

FORD**HARRISON**LLP
225 Water Street, Suite 710
Jacksonville, Florida  32203
T (904) 357-2000 | F (904) 357-2001

>Ashwin R. Trehan, Esquire
>Florida Bar Number 0042675
>atrehan@fordharrison.com
>
>David M. Kalteux, Esquire
>Florida Bar Number 118746
>dkalteux@fordharrison.com
>
>FORD**HARRISON**LLP
>101 East Kennedy Boulevard, Suite 900
>Tampa, Florida  32203
>T (813) 261-7800 | F (813) 261-7899
>
>Attorneys for Defendant, Fields Motorcars Of Florida, Inc., a Florida corporation.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of August, 2017, I filed the foregoing with the Court's CM/ECF system, which will send a notice of electronic filing to:

>Gregory A. Owens, Esq.
>greg@fgbolaw.com
>Miguel Bouzas, Esq.
>miguel@fgbolaw.com
>Christopher D. Gray, Esq.
>chris@fgbolaw.com
>16524 Pointe Village Drive, Suite 100
>Lutz, FL  33558

>/s/ Ashwin R. Trehan
>Attorney

WSACTIVELLP:9309644.1